IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRIAN VESTER and JOEL MORALES, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:17CV145 |
| v. | ) ) | |
| WERNER ENTERPRISES, INC. and DRIVERS MANAGEMENT, LLC, | ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the motion to substitute counsel for defendants (Filing No. 41). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The motion to substitute counsel is granted. Ian Maher, John K. Lilly, and Scott M. Lidman, attorneys with Littler, Mendelson, P.C. are granted leave to withdraw as counsel of record for Werner. The clerk of court shall remove their names from CM/ECF.

2) Joseph E. Jones, Elizabeth A. Culhane and Brandon J. Crainer of Fraser Stryker, PC LLO, shall enter their appearance as counsel of record for Werner.

DATED this 2nd day of May, 2017.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court