# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

BRIAN VESTER and JOEL MORALES, individually and on behalf of all others similarly situated,

        Plaintiffs,

vs.

WERNER ENTERPRISES, INC., and DRIVERS MANAGEMENT, LLC;

        Defendants.

8:17VCV145

ORDER

This matter is before the Court upon review of the parties' joint letter regarding mediation submitted to the undersigned magistrate judge by email on October 2, 2017. The parties have agreed to mediate this case with Rich McLeod as a mediator. Although the parties have not yet finalized a mediation date, they anticipate that the case will be mediated in late November or December, 2017. The parties request a stay of all case deadlines under the current progression order pending mediation. Accordingly,

**IT IS ORDERED:**

1. All case progression deadlines are stayed pending the outcome of mediation;
2. Once the parties schedule mediation, they shall notify the undersigned magistrate judge of the scheduled mediation date; and
3. The parties shall advise the court of the outcome of mediation within three (3) days after it takes place.

Dated this 2nd day of October, 2017.

        BY THE COURT:

        s/ Michael D. Nelson
        United States Magistrate Judge