# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EZEQUIEL OLIVARES ABARCA, ALFREDO ALESNA, JR., DAVID CAGLE, STEPHEN L. DAVIS, FRANK EADS, and KENNETH J. SURMAN, individually and on behalf of all those similarly situated, | 8:14CV319 |
| Plaintiffs, | |
| v. | DEFENDANTS' MOTION TO CERTIFY QUESTION TO THE NEBRASKA SUPREME COURT |
| WERNER ENTERPRISES, INC.; DRIVERS MANAGEMENT, LLC; and DOES 1-100 inclusive, | |
| Defendants, | |
| _____ | |
| WILLIAM SMITH, on behalf of himself, all others similarly situated, and on behalf of the general public, | 8:15CV287 |
| Plaintiff, | |
| v. | |
| WERNER ENTERPRISES, INC., d/b/a C.L. WERNER, INC., a corporation; and DOES 1-100, inclusive, | |
| Defendants, | |
| _____ | |
| BRIAN VESTER and JOEL MORALES, individually and on behalf of all others similarly situated, | 8:17CV145 |
| Plaintiff, | |
| v. | |
| WERNER ENTERPRISES, INC.; and DRIVERS MANAGEMENT, LLC, | |
| Defendants. | |

COME NOW Defendants Werner Enterprises, Inc. and Drivers Management, LLC (collectively, "Werner"), and pursuant to Nebraska Local Civil Rule 7.4 and Neb. Rev. Stat. § 24-219, move the Court to certify the following novel question of state law to the Nebraska Supreme Court:

> Does Nebraska follow the <u>Klinghoffer</u> rule adopted by the Eighth Circuit, which provides that a violation of minimum wage laws does not occur if the employee's weekly pay equals the total weekly hours worked multiplied by the applicable minimum wage?

In support of this Motion, Werner is submitting a brief with this Motion.

WHEREFORE, Werner prays for an Order certifying this novel question of state law to the Nebraska Supreme Court.

WERNER ENTERPRISES, INC., and
DRIVERS MANAGEMENT LLC,
Defendants,

By: /s/Joseph E. Jones
Joseph E. Jones #15970
Elizabeth A. Culhane #23632
Brandon J. Crainer, #24891
Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
Telephone: (402) 341-6000
Facsimile: (402) 341-8290
jjones@fraserstryker.com
eculhane@fraserstryker.com
bcrainer@fraserstryker.com
ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court for the United States District Court for the District Court of Nebraska using the CM/ECF system on this 7th day of December, 2018, which system sent notification of such filing to counsel of record.

               /s/Joseph E. Jones

1972920 v2